**Order entered March13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00921-CR

**NYLON DERAYSHUN HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F15-33640-H**

## ORDER

Before the Court is appellant's March 9, 2018 motion to extend time to file his brief. We

**GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/     CRAIG STODDART
JUSTICE